# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SCOTT W. & DEANNA M. PITTS | | |
| **Case Number:** | 2:09-bk-00718-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 02, 2009 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK

**R / M #:**   30 / 0

### *Appearances:*

DOUGLAS B. PRICE, ATTORNEY FOR SCOTT W. PITTS, DEANNA M. PITTS
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

### *Proceedings:*

Mr. McDonald advised additional information is being provided.   He requested a 30 day continuance of this hearing.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO DECEMBER 2, 2009 AT 10:00 AM.