# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | SCOTT W. & DEANNA M. PITTS | | |
| **Case Number:** | 2:09-bk-00718-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK

**R / M #:**   30 / 0

### Appearances:

DOUGLAS B. PRICE, ATTORNEY FOR SCOTT W. PITTS, DEANNA M. PITTS
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

### Proceedings:

Mr. Price questioned the movants standing in this matter.  He informed the debtors can cure the post petition arrearages within 6 months and will put the prepetition arrearages in the plan.

Mr. McDonald reviewed the arrearages.   He requested the funds being held by Mr. Price be forwarded to him for holding.  He suggested a conditional stay relief order.

COURT:  THE CONDITIONAL STAY RELIEF ORDER WILL BE SIGNED WHEN IT IS UPLOADED.